**RECEIVED**
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE _6_ / _13_ / _11_
        _WB_

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| **BRIAN D. OLIVER** | : | **DOCKET NO. 10-728** |
| **VS.** | : | **JUDGE TRIMBLE** |
| **WARDEN C. PAUL PHELPS CORRECTIONAL CENTER** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

**IT IS ORDERED, ADJUDGED AND DECREED** that this petition for *habeas corpus* be **DENIED** and **DISMISSED WITH PREJUDICE** because petitioner's claims are barred by the one-year limitation period codified at 29 U.S.C. § 2244(d).

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this _13_ th day of June, 2011.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE